UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
EVANSTON INSURANCE COMPANY,               Civil Action No.

    Plaintiff,

- against -                                                    STATEMENT PURSUANT
                                                               TO FRCP 7.1
DIRTMAN ENTERPRISES, INC., and
ANTHONY ADINOLFI, and AMERICAN                                 ROBINSON
STATES INSURANCE COMPANY

    Defendants.                                          07 CIV. 5740

-----------------------------------------------------------------x

The plaintiff, EVANSTON INSURANCE COMPANY ("EIC"), by way of Statement Pursuant to FRCP 7.1, says:

1.    Plaintiff, EIC, is a wholly owned subsidiary of Markel Corporation. Markel Corporation is publicly traded.

Dated: June 12, 2007          **MORGAN MELHUISH ABRUTYN**

                                       BY: _____
                                           JOSEPH DeDONATO, ESQ.
                                           39 Broadway, 35th Floor
                                           New York, New York 10006
                                           (212) 809-1111
                                           Attorneys for Plaintiff

#441944

