UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

EVANSTON INSURANCE COMPANY,

Plaintiff,

- against -

DIRTMAN ENTERPRISES, INC., and
ANTHONY ADINOLFI, and AMERICAN
STATES INSURANCE COMPANY,

Defendants.

---------------------------------------------------------------x

Civil Action No. 07 Civ. 5740
(SCR)

**VOLUNTARY DISMISSAL
WITHOUT PREJUDICE AND
WITHOUT COSTS**

The plaintiff, Evanston Insurance Company, voluntarily dismisses this action without prejudice and without costs and reserves the right to re-file said action at a later date.

Dated:  August 14, 2007

**MORGAN MELHUISH ABRUTYN**

BY: _____
JOSEPH DeDONATO
39 Broadway, 35th Floor
New York, New York 10006
(212) 809-1111
Attorneys for Plaintiff

*Case Closed*

450999

SO ORDERED

_____
U.S.D.J.

dated: September 12, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____